ASSUNTA M. FREDERICI, Respondent, *v.* COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE, Appellant.

(Argued June 4, 1935; decided July 11, 1935.)

*Homer L. Loomis* and *Thomas F. Peterson, Jr.,* for appellant.

*Silas B. Axtell, Charles A. Ellis* and *Lucien V. Axtell,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.